# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

## 7 South Morton Avenue
## Morton, Pennsylvania 19070
## Ph: 610.690.0801
## Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail**: ADIJIACOMO@WEISBERGLAWOFFICES.COM

February 13, 2023

Honorable Chad F. Kenney
United States Federal Judge
United States District Court
Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 11-B
*Via ECF*

> Re: ***Dr. Javier Rossi, et al. v. ABC Capital Investments, LLC, et al.***
> **United States District Court │ Eastern District of Pennsylvania**
> **No.: 23-cv-00260-CFK**

Dear Your Honor:

Undersigned Counsel represents Plaintiffs, Dr. Javier Rossi, Clear Estetica, LLC, Dr. Leonel Pinto, and Katherine Victory Properties, LLC in this matter, which was initiated on or about January 20, 2023. On or about February 9, 2023, this Honorable Court entered an Order that, *inter alia*, directed Plaintiffs to file status reports regarding the bankruptcies of certain defendants. Please accept this letter as the first of such status reports.

**ABC Capital Investments LLC (EDPA Bankruptcy No. 22-13060-elf)**
ABC Capital Investments LLC filed a Chapter 7 Voluntary Petition on or about November 15, 2022 and filed its schedules on or about December 19, 2022, following two orders to do so. The Meeting of Creditors originally scheduled for December 14, 2022 was continued as the debtor did not appear. It was rescheduled for January 12, 2022 and was continued again as the debtor did not appear. It was rescheduled for January 19, 2022 and was continued as additional information was required by the Trustee. The Meeting of Creditors is now scheduled for February 16, 2023.

Undersigned Counsel filed an entry of appearance on behalf of Plaintiffs on or about January 27, 2023 and a proof of claim on or about February 9, 2023. Undersigned Counsel intends to attend the February 16, 2023 Meeting of Creditors.

**Stateside Philly LLC (EDPA Bankruptcy No. 22-13062-mdc)**
Stateside Philly LLC filed a Chapter 7 Voluntary Petition on or about November 15, 2022 and filed its schedules on or about December 1, 2022, following one order to do so. The Meeting of Creditors originally scheduled for December 15, 2022 was continued as the debtor did not provide the Trustee with requested records. It was rescheduled for January 12, 2022 and was continued again as the debtor did not appear. It was rescheduled for January 19, 2022 and was continued as additional information was required by the Trustee. The Meeting of Creditors is now scheduled for February 16, 2023.

Undersigned Counsel filed an entry of appearance on behalf of Plaintiffs on or about January 27, 2023 and a proof of claim on or about February 9, 2023. Undersigned Counsel intends to attend the February 16, 2023 Meeting of Creditors.

**ABC Capital Realty, LLC (EDPA Bankruptcy No. 22-10263-elf)**
ABC Capital Realty LLC filed a Chapter 7 Voluntary Petition on or about January 29, 2023, but has not yet filed all required scheduled, which are now due by Order by February 13, 2023.  The Meeting of Creditors is not yet scheduled.

On or about February 9, 2023, Undersigned Counsel filed an entry of appearance and proof of claim on behalf of Plaintiffs.

Should this Honorable Court require any further information at this time or in advance to the next status report, due in sixty days, Plaintiff and Undersigned Counsel will abide further direction.

Respectfully submitted,

/s/ L. Anthony DiJiacomo, III

L. Anthony DiJiacomo, III